

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00054-CV

**IN THE INTEREST OF V.H.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01656
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED July 13, 2016.

Marialyn Barnard, Justice